UNITED STATES DISTRICT COURT

for

**WESTERN DISTRICT OF TENNESSEE**

FILED BY _____ D.C.

05 JUL 22 AM 6:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Samuel Green                                                       Docket No. 2:03CR20347

## Petition on Probation and Supervised Release

   **COMES NOW**  Dawn L. Brown , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Samuel Green who was placed on supervision by the Honorable Neal B. Biggers, Jr. sitting in the Court at Oxford, Ms. on the 6th day of March, 1997, who fixed the period of supervision at five (5) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1.   The defendant shall provide the Probation Officer with access to any requested financial information.

2.   The defendant shall not incur new credit or open additional lines of credit without the approval of the Probation Officer unless the defendant is in compliance with the installment payment schedule.

3.   The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer.

4.   The defendant shall pay restitution on the amount of $816.37. (Paid In Full).

\*   **Term of Supervised Release Began: March 7, 2003.**
   **Jurisdiction transferred from the ND/MS (Oxford)to the WD/TN (Memphis) on October 1, 2003.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** a **SUMMONS** be issued for Samuel Green to appear before the Court to answer charges of violation of Supervised Release.

   **ORDER OF COURT**

Considered and ordered this 21st day of July, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 5, 2005

_____
United States Probation Officer

Place: Memphis, TN

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 7-22-05

RE:   **Samuel Green**
      **Docket No: 2:03CR20347**
      **Probation Form 12**
      **Page 2**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### THE DEFENDANT HAS VIOLATED THE FOLLOWING CONDITION OF HIS SUPERVISED RELEASE:

**While on Supervised Release, the defendant shall not commit another Federal, state or local crime.**

On January 23, 2005, Samuel Green was charged by the Memphis Police Department with the following: Reckless Driving, Public Intoxication, Driving Under the Influence of Intoxicant/Drugs, Leaving the Scene of an Accident Involving Injury, Violation of Financial Law and Violation of Vehicle Registration Law. According to the Misdemeanor Citation, Mr. Green struck a vehicle from the rear causing it to overturn. Mr. Green exited his vehicle, looked at the victims in the other vehicle where they cried for help and fled into a wooded area. Mr. Green was apprehended by Memphis Police a short time later where he was observed to have a strong odor of intoxicants, blood shot eyes, slurred speech, delayed reactions and required assistance to stand and walk. Mr. Green was transported to the Regional Medical Center at Memphis in non-critical condition. Mr. Green is scheduled to appear before the Shelby County General Session Court, Division 11 on July 21 2005.

# VIOLATION WORKSHEET

1. **Defendant**  Samuel Green, (2859 Tree Brook Way Memphis, TN 38119)

2. **Docket Number (Year-Sequence-Defendant No.)**  2:03CR20347

3. **District/Office**  Western District of Tennessee (Memphis)

4. **Original Sentence Date**  03 / 06 / 1997
   month  day  year
   (If different than above):

5. **Original District/Office**  Northern District of Mississippi

6. **Original Docket Number (Year-Sequence-Defendant No.)**  3:96CR00127-001

7. List each violation and determine the applicable grade {see §7B1.1}:

   | Violation(s) | Grade |
   |---|---|
   | • New Criminal Conduct: DUI, Reckless Driving, Public Intoxication, Leaving the Scene of an Accident Involving Injury, Violation of Financial Law, Violation of Vehicle Registration Law | C |
   | • | |

8. Most Serious Grade of Violation (see §7B1.1(b))   C

9. Criminal History Category (see §7B1.4(a))74   IV

10. Range of imprisonment (see §7B1.4(a))   6 - 12 months
    **Statutory Maximum: 36 months.**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

    {x}  (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

    { }  (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    { }  (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

**Defendant**    Samuel Green

12. Unsatisfied Conditions of Original Sentence

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

    Restitution ($) ___N/A___          Community Confinement ___N/A___

    Fine ($) ___N/A___                 Home Detention ___N/A___

    Other ___N/A___                    Intermittent Confinement ___N/A___

13. Supervised Release

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 {see §§7B1.3(g)(1)}.

    Term: _____ to _____ years

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

    Period of supervised release to be served following release from imprisonment: _____

14. Departure

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:
    _____
    _____
    _____
    _____

15. Official Detention Adjustment {see §7B1.3(e)}: _____ months _____ days

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit`**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:03-CR-20347 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT