FILED BY ___ / __ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

05 AUG 16 AM 8: 02

ROBERT R. DI TROLIO
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

-vs-                                                         Case No. **2:03cr20347-B**

**SAMUEL GREEN**

_____

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

• The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

**DONE** and **ORDERED** in 167 North Main, Memphis, this ___15___ day of August, 2005.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
SAMUEL GREEN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-17-05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:03-CR-20347 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT