UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                            Cr. No. 03-20347-B

SAMUEL GREEN,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING

---

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the supervised release violation hearing, currently set for Tuesday, September 20, 2005 at 1:30 p.m. until Nov. 16, 2005, at 1:30 p.m.

It is so **ORDERED**, this the 20th day of September, 2005.

*[signature]*

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:03-CR-20347 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT